Jacksonville Electric Company, a Corporation, Plaintiff in Error, v. E. S. Light, Defendant in Error.

(Supreme Court of Florida, *En Banc,* November 26, 1907).

Writ of Error to Circuit Court, Duval county, Rhydon M. Call, Judge.

Kay, Doggett & Smith, for plaintiff in error.

No appearance for the defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Dismissed on motion of counsel for plaintiff in error.